IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS          )
LIABILITY LITIGATION              )
(NO. VI)                          )
_____   )        CIVIL ACTION NO. MDL 875
                                  )
This Document Relates To:         )
_____   )

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

FAYE WINCHESTER NICHOLSON,        )
Administratrix of the Estate of ROBERT
NICHOLSON, JR.                    )
                    Plaintiff,    )
v.                                )
                                  )        Civil No.:    1:05-CV-95
ANCHOR PACKING CO., ET. AL.,      )
                    Defendants.   )
_____   )

**ORDER**

Plaintiff's Motion to Dismiss With Prejudice her complaint against Georgia-

Pacific Corporation, having been read and considered,

IT IS HEREBY ORDERED AND ADJUDGED that the same is granted on the

grounds set forth in Plaintiff's Motion.

This __17th__ day of ___July_____, 2006.

U.S. District Court Judge

James T. Giles